UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,      Docket No.:
GEICO GENERAL INSURANCE COMPANY and     1:21-cv-06380 (ARR)(MMH)
GEICO CASUALTY COMPANY,

                               Plaintiffs,

       -against-

IVAN LAM, D.C.,
NEW YORK CORE CHIROPRACTIC, P.C., and
JOHN DOE DEFENDANTS "1"-"10"

                               Defendants.
-------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, the "Plaintiffs"), hereby dismiss, without prejudice, all claims in this action asserted by Plaintiffs against John Doe Defendants "1"-"10".

Dated: October 24, 2022

RIVKIN RADLER LLP


By: _/s/ Melissa D. Medilien_____
      Michael Sirignano, Esq.
      Melissa D. Medilien, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Attorneys for Plaintiffs*