UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

                      Plaintiffs,

    -against-

IVAN LAM, D.C.,
NEW YORK CORE CHIROPRACTIC, P.C., and
JOHN DOE DEFENDANTS "1"-"10"

                      Defendants.
-------------------------------------------------------------------X

Docket No.:
1:21-cv-06380 (ARR)(MMH)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants Ivan Lam, D.C. and New York Core Chiropractic, P.C. (collectively, the "Defendants"), that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: October 24, 2022

Case 1:21-cv-06380-ARR-MMH   Document 25   Filed 10/26/22   Page 2 of 2 PageID #: 279

| RIVKIN RADLER LLP | GARY TSIRELMAN, P.C. |
|---|---|
| By: */s/ Melissa D. Medilien* <br>     Michael A. Sirignano, Esq. <br>     Melissa D. Medilien, Esq. <br> 926 RXR Plaza <br> Uniondale, New York 11556 <br> *Counsel for Plaintiffs* | By: */s/ Nicholas Bowers* <br>     Nicholas Bowers, Esq. <br> 129 Livingston Street, Second Floor <br> Brooklyn, New York 11201 <br> *Attorney for Defendants* |

S O  O R D E R E D:
/s/(ARR)

_____
U.S.D.J.

_____October 26_____, 2022